

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00540-CV

**IN RE** Richard **LARES**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

This court has considered the petition for a writ of mandamus filed by Relator Richard Lares on July 10, 2026. The court concludes Relator has not established entitlement to the relief sought. *See* TEX. R. APP. P. 52.8(a). Accordingly, Relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2016-CI-12518, styled *Richard Lares v. Karina Guevara-Villa*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.